H. J. LETTERMAN V. THE STATE.

No. 22516. Delivered May 19, 1943.

The opinion states the case.

*Eugene F. Mathis,* of Lubbock, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a fine of one thousand dollars for violation of the liquor law.

This is a companion case to cause No. 22,515; and reference is here had to that opinion for a discussion of facts and reason for our conclusion.

The judgment of the trial court is affirmed.